UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CASE NO.10-20734

UNITED STATES OF AMERICA,

-V-

DAVID JOSEPH GORGUIS,

_____/

<u>ORDER EXTENDING REPORTING DATE</u>

The defendant having filed a Motion to extend reporting Date and the Government

having no objection; therefore

IT IS ORDERED that the defendant report to the institution designated by the

Bureau of Prisons on January 14, 2012.


s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  November 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record
on November 1, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager